KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK KROTOSKI (CSBN138549)
Chief, Criminal Division

ROBIN L. HARRIS (CSBN 123364)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7016

Case 3:06-cr-00672-WHA   Document 5   Filed 10/17/2006   Page 1 of 2

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. CR 06-0672 WHA |
| Plaintiff, | **STIPULATION AND ORDER [Proposed]** |
| v. | |
| STEVEN DONNELLY, | |
| Defendants. | |

STIPULATION

It is hereby stipulated by and between the parties hereto that the first appearance date on this indictment shall be continued from October 17, 2006 until November 7, 2006 at 2:00 p.m.

This stipulation and request for a continuance of the first appearance date is because the defendant, Steven Donnelly, did not have counsel in this matter until October 17, 2006 when the Federal Public Defender was appointed to represent him. The parties stipulate that the proposed continuance is necessary to enable the government to produce discovery to newly appointed counsel and to enable the Federal Public Defender to review the discovery

Stipulation and Order [Proposed]
CR 06-0672 WHA

before the proposed November 7, 2006 status conference in order to provide effective representation to the defendant. The parties further stipulate that the time from October 17, 2006 through November, 2007 shall be and is hereby excluded under the provisions of the Speedy Trial Act based upon the need for continuity of counsel and upon the need for effective preparation of counsel who has just been appointed to represent the defendant in this case.

IT IS SO STIPULATED

DATED: October 17, 2006

_____
ROBIN L. HARRIS
Assistant United States Attorney

DATED: 10/17/06

_____
JOSH COHEN
Assistant Federal Public Defender

ORDER

The parties having so stipulated and good cause appearing, it is hereby ordered that the initial appearance in this case shall be continued from October 17, 2006 until November 7, 2006 at 2:00 p.m. The time from October 17, 2006 through November 7, 2006 is excluded from the Speedy Trial Act for continuity of counsel and based upon the need for effective preparation of counsel.

IT IS SO ORDERED

Dated: October 17, 2006



_____
Hon. William Alsup
United States District Court Judge

Stipulation and Order [Proposed]
CR 06-0672 WHA

2