1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant DONNELLY
6

Case 3:06-cr-00672-WHA   Document 7   Filed 10/18/2006   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-06-0672 WHA |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| | ) ORDER MODIFYING CONDITIONS OF |
| v. | ) RELEASE |
| STEVEN DONNELLY, | ) |
| Defendant. | ) |

Having made his initial appearance on an indictment charging him with mail fraud, defendant Steven Donnelly is presently free on bond. It is a condition of his release that his travel is restricted to the Northern District of California.

Mr. Donnelly lives in Clayton, California, which is near the boundary between the Northern and Eastern Districts. His mother resides in Ripon, California, which is an hour's drive from Mr. Donnelly's home but requires him to cross into the Eastern District. Mr. Donnelly is presently seeking employment in counties in both the Northern and Eastern Districts. Additionally, Mr. Donnelly has court appearances in Merced County, which is in the Eastern District. Pretrial Services does not object to a modification of Mr. Donnelly's release conditions to permit him to travel to the Eastern District of California for these or such other purposes as his

CR 06-0672 WHA; STIP TO MODIFY
RELEASE CONDITIONS                         1

1  Pretrial Services officer approves in advance.

2      Accordingly, the parties agree and stipulate that Mr. Donnelly's release conditions should
3  be modified to permit him to travel to and from the Eastern District of California with the
4  advance approval of his Pretrial Services officer.

5      IT IS SO STIPULATED.
6  Dated: 10/17/06

BARRY J. PORTMAN
7  Federal Public Defender
   JOSH COHEN
8  Assistant Federal Public Defender

9
   Dated: 10/17/06
10                                              KEVIN V. RYAN
                                                United States Attorney
11                                              ROBIN HARRIS
                                                Assistant United States Attorney
12

13                              **ORDER**

14      Accordingly, and for good cause shown, it is hereby ordered that the defendant's release
15  conditions shall be modified as follows: In addition to the Northern District of California, Mr.
16  Donnelly may travel to and from the Eastern District of California with the advance approval of
17  his Pretrial Services officer. All other conditions shall remain in effect until further notice.

18      IT IS SO ORDERED.
        10/23/06
19  Dated:
                                                NANDOR J. VADAS
20                                              UNITED STATES MAGISTRATE JUDGE

CR 06-0672 WHA; STIP TO MODIFY
RELEASE CONDITIONS                    2