1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant DONNELLY
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   No. CR-06-0672 WHA
                                      )
12              Plaintiff,             )   **STIPULATION AND [PROPOSED]**
                                      )   **ORDER MODIFYING CONDITIONS OF**
13       v.                            )   **RELEASE**
                                      )
14 STEVEN DONNELLY,                   )
                                      )
15              Defendant.             )
                                      )
16 _____)

17       Having made his initial appearance on an indictment charging him with mail fraud,

18 defendant Steven Donnelly is presently free on bond. The conditions of his pretrial release were

19 stipulated to by the parties at Mr. Donnelly's initial appearance before this Court in the late

20 afternoon on October 6, 2006. At that time, the Court referred the matter to Pretrial Services for

21 an interview and recommendations.

22       Mr. Donnelly was interviewed by Pretrial Services on October 17, 2006. On November

23 14, 2006, Pretrial Services submitted a memorandum to the Court recommending that the Court

24 (1) remove the electronic monitoring condition, and (2) add the condition that Mr. Donnelly

25 participate in anger management counseling as directed by Pretrial Services.

26 ///

CR 06-0672 WHA; STIP TO MODIFY
RELEASE CONDITIONS                              1

1   The parties do not object to these recommendations. Accordingly, the parties agree and
2   stipulate that the conditions of Mr. Donnelly's pretrial release should be amended as follows: (1)
3   the condition that he be subject to electronic monitoring shall be removed; and (2) the condition
4   that he participate in anger management counseling as directed by Pretrial Services shall be
5   added. The parties further agree and stipulate that all other conditions shall remain in effect.

6   IT IS SO STIPULATED.

7   Dated: 11/17/06

BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender

10  Dated: 11/17/06

KEVIN V. RYAN
United States Attorney
ROBIN HARRIS
Assistant United States Attorney

### ORDER

15  Accordingly, and for good cause shown, it is hereby ordered that the defendant's pretrial
16  release conditions shall be modified as follows: (1) the condition that he be subject to electronic
17  monitoring is removed; and (2) the condition that he participate in anger management counseling
18  as directed by Pretrial Services is added. All other conditions shall remain in effect until further
19  notice.

20  IT IS SO ORDERED.

21  Dated: November 20, 2006

ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE



CR 06-0672 WHA; STIP TO MODIFY
RELEASE CONDITIONS                2