**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C-06-00672 WHA (EDL) |
| Plaintiff, | **ORDER TO SELF SURRENDER** |
| v. | |
| STEVEN DONNELLY, | |
| Defendant. | |

Following the bail review hearing held on April 5, 2007 and for the reasons stated on the record, defendant Steven Donnelly shall surrender to the United States Marshal's Office no later than 2:00 p.m. on Friday, April 6, 2007.

**IT IS SO ORDERED.**

Dated: April 5, 2007

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge