UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 06-0672 WHA |
| Plaintiff, ) | |
| ) | **ORDER** [proposed] |
| v. ) | |
| STEVEN DONNELLY, ) | |
| Defendant. ) | |

  On April 5, 2007, the defendant appeared before United States Magistrate Judge Elizabeth D. Laporte for a hearing regarding defendant's alleged violation of the terms and conditions of his pre-trial release as a result of defendant's March 25, 2007 arrest in Contra Costa County. On that same date, Magistrate Judge Laporte ordered the defendant to surrender into custody by 2:00 p.m. April 6, 2007.

  The Probation Office and the government have requested that the sentencing in this case be continued from April 24, 2007 until May 15, 2007 in order to permit the Probation Office and the government to address the impact of defendant's March 25, 2007 arrest on the guideline calculations in the final Pre-sentence Report. Accordingly, GOOD CAUSE APPEARING, the Court ORDERS the sentencing in the above-captioned case continued until May 15, 2007 at 2:00 p.m.

IT IS SO ORDERED.

DATED: April 12, 2007



_____
Hon. William L. Alsup
United States District Court Judge

Order